# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maxine Geneva Lott o/b/o M.Z.L.M, <br><br> Plaintiff, <br><br> v. <br><br> Martin O'Malley, Commissioner of Social Security, <br><br> Defendant. | Case No. 2:23-cv-08730-AGR <br><br> [PROPOSED] ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND DOLLARS AND 00/100 ($7,000.00), and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920, as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: October 10, 2024

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE